Margaret SALLEE, Appellant, v. E. D. HINKLE, Trading and Doing Business as E. D. Hinkle & Company, Appellee.

Court of Appeals of Kentucky.

November 15, 1946.

Jones & Jones and J. W. Jones for appellant.

Yancey & Martin for appellee.

PER CURIAM.

Appeal denied. Judgment affirmed.

Wesley HALE, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

November 19, 1946.

J. Milton Luker for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from a judgment of the Laurel Circuit Court inflicting a fine of $50 and thirty days imprisonment for violation of local option law. Motion overruled; judgment affirmed.

Darwin SCOTT, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

November 22, 1946.

A. W. Mann and P. H. Vincent for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.